# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRANK CUSHENBERRY AND ROBIN
CUSHENBERRY, INDIVIDUALLY
AND ON BEHALF OF THE MINOR
CHILDREN, NOAH CUSHENBERRY
AND KHLOE CUSHENBERRY

VERSUS

JOHNNY SCOTT AND BARBER
BROTHERS CONTRACTING
COMPANY, LLC

CONSOLIDATED WITH

BARBER BROTHERS CONTRACTING
COMPANY, LLC

VERSUS

CAPITOL CITY PRODUCE
COMPANY, LLC, FRANK
CUSHENBERRY, AND XYZ
INSURANCE COMPANY

NO.  2020 CW 0947

**OCTOBER 14, 2020**

---

In Re:   Johnny Scott and Barber Brothers Contracting Company,
         LLC, applying for supervisory writs, 19th Judicial
         District Court, Parish of East Baton Rouge, No. 674957
         c/w 672217.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DISMISSED.**  This writ application is dismissed
pursuant to relators' correspondence advising that this writ
application is now moot.

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT